UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BILLY R. LOUIS, | ) | No. CV 12-02682-AG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KATHLEEN ALLISON, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: April 28, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE